# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON L. SHORTS,<br><br>Defendant. | PO-24-5140-GF-JTJ<br><br>VIOLATION:<br>09975207<br>Location Code: M23F<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $125 fine and $30 processing fee for violation 09975207 (for a total of $155), and for good cause shown, **IT IS ORDERED** that the $155 fine paid by the defendant is accepted as a full adjudication of violation 09975207.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for October 24, 2024, is **VACATED.**

DATED this 24th day of October, 2024.

John Johnston
United States Magistrate Judge